FILED
CLERK, U.S. DISTRICT COURT

APR – 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2: 11- CR - 019 - VBF |
| Plaintiff, | ORDER OF DETENTION AFTER |
| v. | HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| Richard Tapia Suarez | Allegations of Violations of Probation Supervised Release) |
| Defendant. | Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (X)   the appearance of defendant as required; and/or

(B)  (X)   the safety of any person or the community.

//
//

1      The court concludes:

2   A.    ( )    Defendant poses a risk to the safety of other persons or the community

3           because defendant has not demonstrated by clear and convincing

4           evidence that:

5           _____

6           _____

7           _____

8           _____

9

10  (B)    ( )    Defendant is a flight risk because defendant has not shown by clear

11          and convincing evidence that:

12          _____

13          _____

14          _____

15          _____

16

17      IT IS ORDERED that defendant be detained.

18

19  DATED: _4-5-12_

20

21

22

23          JOHN E. MCDERMOTT
24          UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2